

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

June 17, 2021

BY ECF

Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

        Re:  Kristal Marie Martinez v. Comm'r of Soc. Sec.
            21 Civ. 0821 (RA)

Dear Judge Abrams:

      This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on June 21, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until August 20, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                              Respectfully,

Application granted.
SO ORDERED.

                              AUDREY STRAUSS
                              United States Attorney

*[signature]*
_____
Ronnie Abrams, U.S.D.J.
June 18, 2021

                By:        s/ *Susan D. Baird*
                      SUSAN D. BAIRD
                      Assistant United States Attorney
                      tel. (212) 637-2713
                      Susan.Baird@usdoj.gov

    cc:    Daniel Berger, Esq.