UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRISTAL MARIE MARTINEZ,

                    Plaintiff,                    21-CV-00821 (RA)(SN)

      -against-                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        This Order supersedes the Order at ECF No. 19. This Order shall govern. Plaintiff's motion for an extension of time to file her motion for judgment on the pleadings is GRANTED. The Plaintiff shall file her motion for judgment on the pleadings by December 20, 2021. The Defendant shall file her opposition and cross-motion for judgment on the pleadings by February 18, 2022. The Plaintiff shall file her response by March 11, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
              October 18, 2021