UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRISTAL MARIE MARTINEZ,

                              Plaintiff,                        21-CV-00821 (RA)(SN)

        -against-                                            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 15, 2022, the Court denied without prejudice Plaintiff's Motion for Extension of Time to File her Motion for Judgment on the Pleadings and ordered the parties to meet and confer on a schedule that permits the motions to be fully briefed no later than June 24, 2022. ECF No. 24. The parties are ORDERED to file their briefing schedule no later than March 7, 2022, for Court approval. Additionally, in order to conserve resources and promote judicial efficiency, the parties are directed to discuss whether they are willing to consent, under 28 U.S.C. 636(c), to conducting all further proceedings before me. If both parties consent to proceed before me, they are to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

**SO ORDERED.**

                                                                            _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     New York, New York
                 March 2, 2022