**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KRISTAL MARIE MARTINEZ,

                Plaintiff,                      21 **CIVIL** 821 (SN)

       -v-                                                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 22, 2022, that this action be, and is hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner shall reevaluate the medical source opinions of record, reassess Plaintiff's residual functional capacity, offer Plaintiff an opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

**Dated:** New York, New York
           June 23, 2022

                                                                  **RUBY J. KRAJICK**
                                                                  _____
                                                                       **Clerk of Court**
                                 **BY:**    *K. Mango*
                                                                  _____
                                                                       **Deputy Clerk**